UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DONNA M. BELDEN,<br><br>    Plaintiff,<br><br>    vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>    Defendant | Civil No. C04-5300-KLS<br><br><br>ORDER FOR ATTORNEY FEES |

  Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $3,668.00, costs in the amount of $150.00, and expenses in the amount of $47.89 will be awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.  No other fees, costs, or expenses will be awarded.

Page 1 ORDER FOR ATTORNEY FEES - [C04-5300-KLS]

DATED this 15th day of August, 2005.

                                             Karen L. Strombom
                                             United States Magistrate Judge

Presented by:

s/ FRANCO L. BECIA    WSB # 26823
Special Assistant U.S. Attorney
Office of the General Counsel
701 Fifth Avenue, Suite 2900 MS/901
Seattle, Washington 98104-7075
Telephone:  (206) 615-2114
FAX:  (206) 615-2531
franco.l.becia@ssa.gov

Page 2  ORDER FOR ATTORNEY FEES - [C04-5300-KLS]